

10 East 40th Street  
New York, New York 10016

Tel   212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

hhechtkopf@hnrklaw.com

September 17, 2018

**BY EMAIL**

C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street
New York, NY 10016

Re:   <u>West, et al., v. Metro. Transp. Auth., et al., 18 Civ. 1743 (WFK) (RML)</u>

Dear Mr. Lee:

    We represent the Metropolitan Transportation Authority, the New York City Transit Authority, and the Long Island Rail Road Company in the above-referenced matter.

    Enclosed pursuant to Rule G(1) of Judge Kuntz's Individual Motion Practices and Rules are the following documents: Notice of Motion to Dismiss, Memorandum of Law, Declaration of Helene R. Hechtkopf, Declaration of Brian Saltz, and Declaration of James Kerwin.

Best Regards,

Helene R. Hechtkopf

Encl.

cc: Hon. William F. Kuntz (via ECF, w/o enclosures)
    All counsel of record (via ECF, w/o enclosures)