# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

October 1, 2018

**Via Email, U.S. Mail, and ECF**
Helene R. Hechtkopf
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 East 42nd Street
48th Floor
New York, NY 10165

Re: *West, et al., v. Metro. Transp. Auth., et al.*
Case No. 18-cv-1743 (WFK)(RML)

Dear Ms. Hechtkopf:

    We are counsel to Plaintiff in the above-captioned action. Please find attached Plaintiff's Opposition to Defendant's Motion to Dismiss. As per Judge Kuntz's individual rules, we will be filing this letter today and filing the memorandum once this motion is fully briefed.

Best Regards,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Encl.
cc: Hon. William F. Kuntz (via ECF, w/o enclosures)
All counsel of record (via ECF, w/o enclosures)