UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY WEST and JENIE LEE MARIANI, *on behalf of themselves and all other similarly situated*,<br><br>Plaintiffs,<br><br>- against -<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, NEW YORK CITY TRANSIT AUTHORITY, and LONG ISLAND RAIL ROAD COMPANY d/b/a MTA LONG ISLAND RAIL ROAD COMPANY,<br><br>Defendants. | 18-CV-1743 (WFK) (RML)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss; the Declaration of Helene R. Hechtkopf, Esq. dated September 17, 2018, and the accompanying exhibit; the Declaration of James Kerwin dated September 17, 2018; and the Declaration of Brian Saltz dated September 17, 2018, Defendants Metropolitan Transportation Authority, New York City Transit Authority, and Long Island Rail Road Company d/b/a MTA Long Island Rail Road Company will respectfully move the United States District Court for the Eastern District of New York, before the Honorable William F. Kuntz, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) granting Defendants' Motion to Dismiss the Amended Complaint, and for such other and further relief as this Court may deem just and proper.

      WHEREFORE, Defendants respectfully request that Court enter an order granting the relief requested herein.

Dated: New York, New York
September 17, 2018

By: _____
Ira J. Lipton (IL-4835)
Helene R. Hechtkopf (HH-7402)
Steven Silverberg (SS-5064)
Julian Brod (JB-8269)
Miriam J. Manber (MM-0263)
HOGUET NEWMAN REGAL & KENNEY, LLP
10 East 40th Street, 35th Floor
New York, NY 10016
Phone: 212-689-8808

*Attorneys for Defendants Metropolitan Transportation Authority, New York City Transit Authority, and Long Island Rail Road Company d/b/a MTA Long Island Rail Road Company*