UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MARY WEST and JENIE LEE MARIANA,
*On behalf of themselves and others similarly situated*,

               Plaintiffs,                         JUDGMENT
                                                       18-CV-1743 (WFK)(RML)
     v.

METROPOLITAN TRANSPORTATION AUTHORITY,
NEW YORK CITY TRANSIT AUTHORITY, and
LONG ISLAND RAIL ROAD COMP ANY d/b/a
MTA LONG ISLAND RAIL ROAD COMPANY,

               Defendants.
------------------------------------------------------------ X

      A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on December 12, 2019, granting Defendants' motion in its entirety; and dismissing Plaintiffs' claims under the Americans with Disabilities Act and the Rehabilitation Act; it is

      ORDERED and ADJUDGED that Defendants' motion is granted in its entirety; that Plaintiffs' claims under the Americans with Disabilities Act and the Rehabilitation Act are dismissed; and that to the extent Plaintiff asserts state and city law claims, the Court finds no basis for exercising CAF A jurisdiction and declines, pursuant to 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction of those claims, which are therefore also dismissed.

Dated: Brooklyn, NY                                   Douglas C. Palmer
      December 16, 2019                           Clerk of Court

                                            By:    /s/*Jalitza Poveda*
                                                    Deputy Clerk